# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UTPAL DESAI<br>　　　　Petitioner,<br><br>v.<br><br>ERIC HOLDER, JR., ET AL,<br>　　　　Respondents. | Civil Case No.: 08-4066(PGS)<br><br>ORDER |

Upon consideration of Petitioner's motion to dismiss, it is hereby ordered, adjudged, and decreed that Motion to Dismiss is hereby:

**GRANTED** / ~~DENIED~~

_5/15/09_
Date

_Peter H. S._
Honorable Judge Peter G. Sheridan
United States District Court Judge